# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| TEODORA I. CHASSE, | ) |
| PLAINTIFF | ) |
| v. | ) CIVIL NO. 1:19-cv-328-DBH |
| OPM OFFICE OF PERSONNEL MANAGEMENT, | ) |
| DEFENDANT | ) |

## ORDER OF DISMISSAL

The Court issued an Order to Show Cause on October 16, 2019, stating that the case would be dismissed unless the plaintiff showed good cause by October 30, 2019, why she had not served process. When the plaintiff's filings were inadequate, Magistrate Judge Nivison entered a new Order on November 6, 2019, explaining their deficiencies, and setting a new deadline of November 27, 2019. The plaintiff still has not shown good cause.

Therefore, the case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. See D. Me. Local Rule 41.1(b).

**SO ORDERED.**

DATED THIS 4TH DAY OF DECEMBER, 2019

/s/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**